JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| **SEIKO EPSON CORPORATION**, a Japan corporation; **EPSON AMERICA, INC.**, a California corporation; and **EPSON PORTLAND INC.**, an Oregon corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**DONGGUAN OCBESTJET DIGITAL TECHNOLOGY CO., LTD.**, a China corporation, **OCBESTJET PRINTER CONSUMABLES (HK) CO., LTD.**, a Hong Kong corporation,<br><br>Defendants. | Civil No. 2:22-cv-04123-AB-JC<br><br>**[PROPOSED]** FINAL JUDGMENT, INCLUDING PERMANENT INJUNCTION, AGAINST DEFENDANTS DONGGUAN OCBESTJET DIGITAL TECHNOLOGY CO., LTD. AND OCBESTJET PRINTER CONSUMABLES (HK) CO., LTD. |

**PERMANENT INJUNCTION AND ORDER**

IT IS HEREBY FOUND, ORDERED, ADJUDGED, AND DECREED THAT:

      A.    Defendants Donnguan Ocbestjet Digital Technology Co., Ltd. ("Ocbestjet China") and Ocbestjet Printer Consumables (HK) Co., Ltd. ("Ocbestjet HK")(collectively "Defendants"), and their officers and directors, agents, servants, employees, attorneys, distributors, and affiliates, who are in active concert or participation with, through, or under them, who receive actual notice of this judgment by personal service or otherwise, are hereby permanently enjoined from the sale of the Accused Products, or any other products that are no more than colorably different therefrom, and from any other acts that directly or indirectly infringe any of the claims of United States Patent No. 6,955,422 ("the '422 patent"), United States Patent No. 8,454,116 ("the '116 patent"), and United States Patent No. 8,794,749 ("the '749 patent")(collectively "the Asserted Patents"), and from causing, inducing or contributing to the infringement of any of the claims of the Asserted Patents by others.

      B.    Defendants and their officers and directors, agents, servants, employees, attorneys, distributors, and affiliates, who are in active concert or participation with, through, or under them, including but not limited to any online platform, such as Alibaba.com and Aliexpress.com, or any website, website host, website administrator, domain registrar, or internet service provider, who receive actual notice of this judgment by personal service or otherwise, are hereby permanently enjoined from continued use, or attempts to use Epson's "wave" design trademark for printer ink, cartridges, and bottles, among other specific classes of goods, Registration No. 5,402,648, duly and legally issued to Seiko Epson by the United States Patent and Trademark Office on February 13, 2018 (the "WAVE Mark"), or any mark that is confusingly similar to the WAVE Mark, including but not limited to the following:




**Epson's WAVE Mark**  **Exemplary enjoined marks**

C. This Judgment shall not apply with respect to any claim of an intellectual property right that has expired or been found or adjudicated invalid or unenforceable by a court of competent jurisdiction, provided that such finding or judgment has become final and non-reviewable.

D. This Court retains exclusive jurisdiction of this action for the purpose of insuring compliance with this Judgment.

E. This Judgment shall finally conclude and dispose of all claims and counterclaims of Plaintiffs against Defendants and Defendants against Plaintiffs with prejudice.

F. Each party shall bear its own costs and attorney's fees.

G. Final Judgment shall be entered hereto, forthwith, without further notice.

There being no just reason for delay, the Clerk is directed to enter this Final Default Judgment and Permanent Injunction forthwith.

**IT IS SO ORDERED.**

DATED: May 11, 2023

_____
The Honorable André Birotte Jr.
United States District Court Judge